UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FELIPE RODRIGUEZ,        Plaintiff

    - against -

NEW YORK CITY TRANSIT
AUTHORITY,
                     Defendant
-----------------------------------------------------------X

JUDGMENT
96-CV-0348 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 19 2000 ★
P.M. _____
TIME A.M. _____

    An Order of the Honorable David G. Trager, United States District Judge, having been filed on December 18, 2000, granting the defendant's motion for summary judgment for the reasons stated on the record of December 14, 2000; and closing the case; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and, that the defendant's motion for summary judgment is granted.

Dated: Brooklyn, New York
        December 19, 2000

                                                           ROBERT C. HEINEMANN
                                                           Clerk of Court

AO 72A
(Rev.8/82)